UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RIOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendants. | Case No. 1:19-cv-00523-EPG<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF NO. 12) |

　　　The parties in this matter have stipulated to extend the time by 35 days from December 6, 2019, to January 10, 2020, for Plaintiff to file an opening brief, with all other dates in the Court's scheduling order extended accordingly, as the parties are currently in settlement negotiations.

　　　The Court has reviewed the stipulation and finds good cause for approving same. IT IS ORDERED that Plaintiff's Opening Brief shall be filed on or before January 10, 2020, with all other deadlines in the scheduling order extended accordingly.

IT IS SO ORDERED.

　　　Dated:　**December 4, 2019**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1