McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARTHA RIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:19-cv-00523-EPG<br><br>STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues. The parties further request that the Clerk of the Court be

directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: December 16, 2019		*/s/ Denise Bourgeois Haley by Chantal R. Jenkins\**
					\*As authorized *via* email on December 16, 2019
					Denise Bourgeois Haley
					Attorney for Plaintiff

Dated: December 16, 2019		McGREGOR W. SCOTT
					United States Attorney
					DEBORAH LEE STACHEL
					Regional Chief Counsel, Region IX
					Social Security Administration


				By:	*/s/ Chantal R. Jenkins*
					CHANTAL R. JENKINS
					Special Assistant United States Attorney

## ORDER

The Court has reviewed the above stipulation for remand in this matter, and IT IS ORDERED that the stipulation is approved. This matter is voluntarily remanded for further administrative proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

On remand, the Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

Finally, the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **December 16, 2019**    /s/ Eric P. Gros[ ]
UNITED STATES MAGISTRATE JUDGE