**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA RIOS, | ) Case No.: 1:19-cv-00523-EPG |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO |
| | ) JUSTICE ACT ATTORNEY FEES AND |
| vs. | ) EXPENSES PURSUANT TO 28 U.S.C. § |
| | ) 2412(d) AND COSTS PURSUANT TO 28 |
| ANDREW SAUL, | ) U.S.C. § 1920 |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 17):

IT IS ORDERED that fees and expenses in the amount of $1,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation (ECF No. 17.)

IT IS SO ORDERED.

Dated:  **March 4, 2020**        /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE